## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

## NOT  DESIGNATED  FOR  PUBLICATION

Russell T. Mearse
Pro-Se DOC No. 218741
P.O. Box 149
Port Allen LA 70767

### REHEARING ACTION: March 27, 2013

**Docket Number: 13   00075-KH**

**STATE OF LOUISIANA**
**VERSUS**
**RUSSELL T. MEARSE**

**Writ Application from Calcasieu Parish Case No. 20576-11, 12233-12**

**BEFORE JUDGES:**

   **Hon. Elizabeth A. Pickett**
   **Hon. Phyllis M. Keaty**
   **Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Russell T. Mearse** has this day been

   **DENIED.**

cc: John Foster DeRosier, Counsel for  the Respondent